MICHELE BECKWITH
Acting United States Attorney
LUKE BATY
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 5:25-po-00115-CDB |
| Plaintiff, | [Citations #E2090506 CA/3F] |
| v. | MOTION AND ORDER FOR DISMISSAL |
| VLADLEN Z. SLEPAK, | |
| Defendant. | |

The United States of America, by and through Michele Beckwith, Acting United States Attorney, and Luke Baty, Assistant United States Attorney, hereby moves to dismiss Case No. 5:25-po-00115-CDB [Citations #E2090506 CA/3F] against VLADLEN Z. SLEPAK, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: June 27, 2025                          Respectfully submitted,

                                                            MICHELE BECKWITH
                                                            Acting United States Attorney

                                      By:    /s/ *Luke Baty*
                                                        LUKE BATY
                                                        Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED on the motion of the United States of America pursuant to Fed. R. Crim. P. 48(a) that Case No. 5:25-po-00115-CDB [Citations #E2090506 CA/3F] against VLADLEN Z. SLEPAK be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   **June 30, 2025**

_____
UNITED STATES MAGISTRATE JUDGE